IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CR3146 |
| v. ) | |
| ) | |
| SAMUEL KRAMER, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |
| ) | |

The defendant has filed an unopposed motion to continue the deadline for filing pretrial motions. Filing 15. The defendant asserts that a continuance is necessary because the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, has not, to date, been able to produce the images underlying the prosecution's case for viewing and analysis by the defense. For the reasons set forth in the defendant's motion,

IT IS ORDERED:

1. Defendant's motion for extension of deadline, filing 15, is granted and the deadline for filing pretrial motions is extended to December 22, 2006.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between November 22, 2006 and December 22, 2006, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)

DATED this 17th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge