```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )      4:06CR3146
      v.                       )
                               )
SAMUEL KRAMER,                 )
                               )      MEMORANDUM AND ORDER
            Defendant.         )
                               )
```

Because the court is involved in another trial during the period previously set for trial in this case,

IT IS ORDERED:

Trial of this matter is continued to 9:00 a.m., January 22, 2007, for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 29th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge