```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )           4:06CR3146
                                )
        v.                      )
                                )
SAMUEL KRAMER,                  )             ORDER
                                )
                Defendant.      )
                                )
```

IT IS ORDERED: The government's unopposed motion for an extension of time to respond to the defendant's pending motion to compel, filing 23, is granted. The government's response shall be filed on or before January 5, 2007.

DATED this 27th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge