```
                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3146 |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL KRAMER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon defendant's request to enter a guilty plea, a change of plea hearing has been set for February 22, 2007.  Filing 26.

IT THEREFORE HEREBY IS ORDERED:  Defendant's motion to compel production of discovery materials for trial preparation, filing 21, is denied as moot.

DATED this 26th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge